BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
JOHN C. SHIRTS, COLORADO STATE BAR NO. 46945
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN AVE SUITE 192
POCATELLO, ID 83201
TELEPHONE: (208) 478-4166
FACSIMILE: (208) 478-4175



UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS BREWER,<br><br>Defendant. | Case No.<br><br>**INFORMATION**<br><br>18 U.S.C. § 2252A<br>18 U.S.C. § 2253 |

The Grand Jury charges:

### COUNT ONE

**Receipt of Child Pornography
18 U.S.C. § 2252A(a)(2), (b)(1)**

On or about August 8, 2019, in the District of Idaho, the defendant, Carlos Brewer, did knowingly received child pornography and material that contains child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means or facility of interstate and foreign commerce, and in or affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2252A(a)(2), (b)(1).

**INFORMATION - 1**

**CRIMINAL FORFEITURE ALLEGATION**
Sexual Exploitation / Abuse of Children Forfeiture
18 U.S.C. § 2253

Upon conviction of the offenses alleged in Count One of this Information, the defendant, Carlos Brewer, shall forfeit to the United States his interest in (1) any visual depiction described in Title 18, United States Code, Sections 2251 and 2252, et. seq., and any matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251 and 2252; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of the foregoing offense(s), including property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

1. <u>Seized Property.</u>

    (a) A SanDisk Cruzer Glide (SDCZ60-016G), 16GB thumb drive, serial number 4C530000180321113294, made in China;

    (b) A Generic Tower Computer, model "ACE", with a Toshiba hard drive, Model DT01ACA050, serial number 44GPVHYKS X15, made in China; and

    (c) A Green Lexar 8GB thumb drive, serial number LJDV20, made in China.

2. <u>Substitute Assets.</u> Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

    a.  Cannot be located upon the exercise of due diligence;

    b.  Has been transferred or sold to, or deposited with, a third person;

INFORMATION - 2

      c.      Has been placed beyond the jurisdiction of the court;

      d.      Has been substantially diminished in value; or

      e.      Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 3rd day of January, 2020.

    BART M. DAVIS
    UNITED STATES ATTORNEY
    By:

    /s/ John C. Shirts
    JOHN C. SHIRTS
    ASSISTANT UNITED STATES ATTORNEY

**INFORMATION - 3**